## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WINGATE INNS INTERNATIONAL, INC., a Delaware Corporation, <br><br>         Plaintiff, <br><br> v. <br><br> COMMACK HOSPITALITY, LLC, a Virginia Corporation, NILESH PATEL, an individual, SUDHA PATEL, an individual, MEENAKSHI BHARGAVA, an individual, MADAN BHANDARI, an individual, LOVE KUMAR, an individual, AMIT PATEL, an individual, VARSHA DESAI, an individual, CHANDRA KHURANA, an individual, NEENA SHAH, an individual, SUNITA SHAH, an individual, BIPAN CHODAY, an individual, PARAMJIT SINGH, an individual, NIKUR AMIN, an individual, VIRAL PATEL, an individual, PATEL LIVING TRUST, a Virginia Trust, and ADA HOLDING CORP., a Virginia corporation, <br><br>         Defendants. | Civil Action No. 05- *1384 JAP* <br><br><br> **SUMMONS** |

To the above named Defendant:　　**Commack Hospitality, LLC**
　　　　　　　　　　　　　　　　　　**265 Brookville Road**
　　　　　　　　　　　　　　　　　　**Brookville, NY 11545**

　　　　YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and

serve upon, plaintiff's attorney, whose address is:

　　　　　　　　**Connell Foley LLP**
　　　　　　　　**85 Livingston Avenue**
　　　　　　　　**Roseland, New Jersey 07068**

an answer to the complaint which is herewith served upon you, within 20 days after service of

this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default

will be taken against you for the relief demanded in the complaint.

# WILLIAM T. WALSH

Clerk

_____

By Deputy Clerk

Date　　_____3/16/05_____

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | Date |
|---|---|
| Name of Server | Title |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant.  Place where served:_____

**Commack Hospitality, LLC**_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted:_____

☐   Other (Specify):_____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                          Date                              Signature of Server


                                                          Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WINGATE   INNS   INTERNATIONAL,   :
INC., a Delaware Corporation,

           Plaintiff,           :

                         :       Civil Action No. 05- *1384 JAP*

v.

COMMACK   HOSPITALITY,   LLC,   a
Virginia Corporation, NILESH PATEL, an   :
individual, SUDHA PATEL, an individual,
MEENAKSHI BHARGAVA, an individual,   :
MADAN BHANDARI, an individual, LOVE
KUMAR, an individual, AMIT PATEL, an   :        **SUMMONS**
individual, VARSHA DESAI, an individual,
CHANDRA   KHURANA,   an   individual,   :
NEENA SHAH, an individual, SUNITA
SHAH, an individual, BIPAN CHODAY, an
individual,   PARAMJIT   SINGH,   an
individual, NIKUR AMIN, an individual,
VIRAL PATEL, an individual, PATEL
LIVING TRUST, a Virginia Trust, and ADA
HOLDING CORP., a Virginia corporation,

           Defendants.

To the above named Defendant:    **Sudha Patel**
                               **Commack Hospitality, LLC**
                               **265 Brookville Road**
                               **Brookville, NY 11545**

      YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and

serve upon, plaintiff's attorney, whose address is:

                           **Connell Foley LLP**
                           **85 Livingston Avenue**
                           **Roseland, New Jersey 07068**

an answer to the complaint which is herewith served upon you, within 20 days after service of

this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default

will be taken against you for the relief demanded in the complaint.

# WILLIAM T. WALSH
Clerk                                         Date    3/16/05

By Deputy Clerk

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[3] | Date |
|---|---|
| Name of Server | Title |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant.  Place where served:_____

   **Sudha Patel**_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted:_____

☐   Other (Specify):_____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date                           Signature of Server

                                             Address of Server

[3] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WINGATE INNS INTERNATIONAL, :
INC., a Delaware Corporation,

           :

                 Plaintiff,

           :         Civil Action No. 05-  *1384  JAP*

v.

           :

COMMACK HOSPITALITY, LLC, a
Virginia Corporation, NILESH PATEL, an :         **SUMMONS**
individual, SUDHA PATEL, an individual,
MEENAKSHI BHARGAVA, an individual, :
MADAN BHANDARI, an individual, LOVE
KUMAR, an individual, AMIT PATEL, an :
individual, VARSHA DESAI, an individual,
CHANDRA KHURANA, an individual, :
NEENA SHAH, an individual, SUNITA
SHAH, an individual, BIPAN CHODAY, an
individual, PARAMJIT SINGH, an
individual, NIKUR AMIN, an individual,
VIRAL PATEL, an individual, PATEL
LIVING TRUST, a Virginia Trust, and ADA
HOLDING CORP., a Virginia corporation,

                 Defendants.

To the above named Defendant:     **Nilesh Patel**
                                  **Commack Hospitality, LLC**
                                  **265 Brookville Road**
                                  **Brookville, NY 11545**

       YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and

serve upon, plaintiff's attorney, whose address is:

                         **Connell Foley LLP**
                         **85 Livingston Avenue**
                         **Roseland, New Jersey 07068**

an answer to the complaint which is herewith served upon you, within 20 days after service of

this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default

will be taken against you for the relief demanded in the complaint.

# WILLIAM T. WALSH

Clerk

By Deputy Clerk

Date    3/16/05

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[2] | Date |
|---|---|
| Name of Server | Title |

*Check one box below to indicate appropriate method of service*

☐      Served personally upon the defendant.  Place where served:_____

     **Nilesh Patel**_____

☐      Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
     Name of person with whom the summons and complaint were left: _____

     _____

☐      Returned unexecuted:_____

     _____

☐      Other (Specify):_____

     _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

### DECLARATION OF SERVER

       I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____        _____
              Date                        Signature of Server


                                  _____
                                  Address of Server

---

[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WINGATE     INNS     INTERNATIONAL, :
INC., a Delaware Corporation,

          Plaintiff,       :

v.                    :    Civil Action No. 05- 1384 JAP

COMMACK    HOSPITALITY,    LLC,    a
Virginia Corporation, NILESH PATEL, an  :    **SUMMONS**
individual, SUDHA PATEL, an individual,
MEENAKSHI BHARGAVA, an individual,  :
MADAN BHANDARI, an individual, LOVE
KUMAR, an individual, AMIT PATEL, an  :
individual, VARSHA DESAI, an individual,
CHANDRA KHURANA, an individual,  :
NEENA SHAH, an individual, SUNITA
SHAH, an individual, BIPAN CHODAY, an  :
individual, PARAMJIT SINGH, an
individual, NIKUR AMIN, an individual,
VIRAL PATEL, an individual, PATEL
LIVING TRUST, a Virginia Trust, and ADA
HOLDING CORP., a Virginia corporation,

          Defendants.

To the above named Defendant:    **Meenakshi Bhargava**
                                **Commack Hospitality, LLC**
                                **265 Brookville Road**
                                **Brookville, NY 11545**

      YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and

serve upon, plaintiff's attorney, whose address is:

                            **Connell Foley LLP**
                            **85 Livingston Avenue**
                            **Roseland, New Jersey 07068**

an answer to the complaint which is herewith served upon you, within 20 days after service of

this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default

will be taken against you for the relief demanded in the complaint.

**WILLIAM T. WALSH**

_____          3/16/05
Clerk                                 Date

_____
By Deputy Clerk

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[4] | Date |
|---|---|
| Name of Server | Title |

*Check one box below to indicate appropriate method of service*

☐      Served personally upon the defendant.  Place where served:_____

        **Meenakshi Bhargava**_____

☐      Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
         Name of person with whom the summons and complaint were left: _____

         _____

☐      Returned unexecuted:_____

         _____

☐      Other (Specify):_____

         _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

### DECLARATION OF SERVER

       I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____

           Date                 Signature of Server

                                     _____

                                     Address of Server

[4] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WINGATE   INNS   INTERNATIONAL,   :
INC., a Delaware Corporation,

                             :

        Plaintiff,

                             :       Civil Action No. 05-  1384  JM

v.

                             :

COMMACK   HOSPITALITY,   LLC,   a
Virginia Corporation, NILESH PATEL, an   :         **SUMMONS**
individual, SUDHA PATEL, an individual,
MEENAKSHI BHARGAVA, an individual,   :
MADAN BHANDARI, an individual, LOVE
KUMAR, an individual, AMIT PATEL, an   :
individual, VARSHA DESAI, an individual,
CHANDRA   KHURANA,   an   individual,
NEENA SHAH, an individual, SUNITA
SHAH, an individual, BIPAN CHODAY, an
individual,   PARAMJIT   SINGH,   an
individual, NIKUR AMIN, an individual,
VIRAL PATEL, an individual, PATEL
LIVING TRUST, a Virginia Trust, and ADA
HOLDING CORP., a Virginia corporation,

        Defendants.

To the above named Defendant:     **Love Kumar**
                                     **Commack Hospitality, LLC**
                                     **265 Brookville Road**
                                     **Brookville, NY 11545**

      YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and

serve upon, plaintiff's attorney, whose address is:

                                     **Connell Foley LLP**
                                     **85 Livingston Avenue**
                                     **Roseland, New Jersey 07068**

an answer to the complaint which is herewith served upon you, within 20 days after service of

this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default

will be taken against you for the relief demanded in the complaint.

# WILLIAM T. WALSH

_____              3/16/05

Clerk

_____

By Deputy Clerk                     Date

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[6] | Date |
|---|---|
| Name of Server | Title |

*Check one box below to indicate appropriate method of service*

☐     Served personally upon the defendant.  Place where served:_____

       **Love Kumar**_____

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
       Name of person with whom the summons and complaint were left: _____

☐     Returned unexecuted:_____

☐     Other (Specify):_____

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____           _____
           Date                        Signature of Server

                                    _____
                                    Address of Server

---

[6] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WINGATE INNS INTERNATIONAL, :
INC., a Delaware Corporation,

        Plaintiff,

                :       Civil Action No. 05- *1384 JAP*

v.

COMMACK HOSPITALITY, LLC, a
Virginia Corporation, NILESH PATEL, an :       **SUMMONS**
individual, SUDHA PATEL, an individual,
MEENAKSHI BHARGAVA, an individual,
MADAN BHANDARI, an individual, LOVE
KUMAR, an individual, AMIT PATEL, an
individual, VARSHA DESAI, an individual,
CHANDRA KHURANA, an individual,
NEENA SHAH, an individual, SUNITA
SHAH, an individual, BIPAN CHODAY, an
individual, PARAMJIT SINGH, an
individual, NIKUR AMIN, an individual,
VIRAL PATEL, an individual, PATEL
LIVING TRUST, a Virginia Trust, and ADA
HOLDING CORP., a Virginia corporation,

        Defendants.

To the above named Defendant:    **Madan Bhandari**
                              **Commack Hospitality, LLC**
                              **265 Brookville Road**
                              **Brookville, NY 11545**

       YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and

serve upon, plaintiff's attorney, whose address is:

                   **Connell Foley LLP**
                   **85 Livingston Avenue**
                   **Roseland, New Jersey 07068**

an answer to the complaint which is herewith served upon you, within 20 days after service of

this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default

will be taken against you for the relief demanded in the complaint.

**WILLIAM T. WALSH**              *3/16/05*

Clerk

                                 Date

By Deputy Clerk

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[5] | Date |
| Name of Server | Title |

*Check one box below to indicate appropriate method of service*

☐       Served personally upon the defendant.  Place where served:_____ ____

         **Madan Bhandari**_____ _____ ____

☐       Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
         Name of person with whom the summons and complaint were left: _____

         _____

☐       Returned unexecuted:_____

         _____

☐       Other (Specify):_____

         _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

### DECLARATION OF SERVER

        I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____           _____
              Date                   Signature of Server



                                   _____
                                     Address of Server

[5] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

WINGATE    INNS    INTERNATIONAL,    :
INC., a Delaware Corporation,

         Plaintiff,                   :

v.                                                :                Civil Action No. 05- *1384 JMP*

                             :

COMMACK    HOSPITALITY,   LLC,   a   :           **SUMMONS**
Virginia Corporation, NILESH PATEL, an   :
individual, SUDHA PATEL, an individual,
MEENAKSHI BHARGAVA, an individual,   :
MADAN BHANDARI, an individual, LOVE
KUMAR, an individual, AMIT PATEL, an   :
individual, VARSHA DESAI, an individual,
CHANDRA   KHURANA,   an   individual,   :
NEENA SHAH, an individual, SUNITA
SHAH, an individual, BIPAN CHODAY, an
individual,     PARAMJIT     SINGH,     an
individual, NIKUR AMIN, an individual,
VIRAL PATEL, an individual, PATEL
LIVING TRUST, a Virginia Trust, and ADA
HOLDING CORP., a Virginia corporation,

         Defendants.

To the above named Defendant:       **Amit Patel**
                                **Commack Hospitality, LLC**
                                **265 Brookville Road**
                                **Brookville, NY 11545**

      YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and

serve upon, plaintiff's attorney, whose address is:

                          **Connell Foley LLP**
                          **85 Livingston Avenue**
                          **Roseland, New Jersey 07068**

an answer to the complaint which is herewith served upon you, within 20 days after service of

this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default

will be taken against you for the relief demanded in the complaint.

**WILLIAM T. WALSH**                          3/16/05

Clerk

                                              Date

By Deputy Clerk

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[7] | Date |
|---|---|
| Name of Server | Title |

*Check one box below to indicate appropriate method of service*

☐     Served personally upon the defendant.  Place where served:_____

    **Amit Patel**_____

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
    discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____
    _____

☐     Returned unexecuted:_____

    _____

☐     Other (Specify):_____

    _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____                    _____
              Date                                    Signature of Server



                               _____
                               Address of Server

[7] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WINGATE INNS INTERNATIONAL, :
INC., a Delaware Corporation,

                  :

          Plaintiff,

                  :          Civil Action No. 05- *1384 JBP*

v.

                  :

COMMACK HOSPITALITY, LLC, a
Virginia Corporation, NILESH PATEL, an :        **SUMMONS**
individual, SUDHA PATEL, an individual,
MEENAKSHI BHARGAVA, an individual, :
MADAN BHANDARI, an individual, LOVE
KUMAR, an individual, AMIT PATEL, an :
individual, VARSHA DESAI, an individual,
CHANDRA KHURANA, an individual, :
NEENA SHAH, an individual, SUNITA
SHAH, an individual, BIPAN CHODAY, an
individual, PARAMJIT SINGH, an
individual, NIKUR AMIN, an individual,
VIRAL PATEL, an individual, PATEL
LIVING TRUST, a Virginia Trust, and ADA
HOLDING CORP., a Virginia corporation,

          Defendants.

To the above named Defendant:     **Varsha Desai**
                                  **Commack Hospitality, LLC**
                                  **265 Brookville Road**
                                  **Brookville, NY 11545**

      YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and

serve upon, plaintiff's attorney, whose address is:

                  **Connell Foley LLP**
                  **85 Livingston Avenue**
                  **Roseland, New Jersey 07068**

an answer to the complaint which is herewith served upon you, within 20 days after service of

this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default

will be taken against you for the relief demanded in the complaint.

# WILLIAM T. WALSH

Clerk

                                       _3/16/05_

By Deputy Clerk                            Date

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[8] | Date |
|---|---|
| Name of Server | Title |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant.  Place where served:_____

**Varsha Desai**_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐   Returned unexecuted:_____
_____

☐   Other (Specify):_____
_____

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date                    Signature of Server

                                       Address of Server

[8] As to who may serve a summons see Rule 4 of the Federal Rules of Civil
Procedure.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WINGATE   INNS   INTERNATIONAL,
INC., a Delaware Corporation,

          Plaintiff,

v.

COMMACK   HOSPITALITY, LLC,   a
Virginia Corporation, NILESH PATEL, an
individual, SUDHA PATEL, an individual,
MEENAKSHI BHARGAVA, an individual,
MADAN BHANDARI, an individual, LOVE
KUMAR, an individual, AMIT PATEL, an
individual, VARSHA DESAI, an individual,
CHANDRA   KHURANA,   an   individual,
NEENA SHAH, an individual, SUNITA
SHAH, an individual, BIPAN CHODAY, an
individual,   PARAMJIT   SINGH,   an
individual, NIKUR AMIN, an individual,
VIRAL  PATEL,  an  individual,  PATEL
LIVING TRUST, a Virginia Trust, and ADA
HOLDING CORP., a Virginia corporation,

          Defendants.

Civil Action No. 05- 1384 JAP

**SUMMONS**

To the above named Defendant:    **Neena Shah**
**Commack Hospitality, LLC**
**265 Brookville Road**
**Brookville, NY 11545**

      YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and

serve upon, plaintiff's attorney, whose address is:

        **Connell Foley LLP**
        **85 Livingston Avenue**
        **Roseland, New Jersey 07068**

an answer to the complaint which is herewith served upon you, within 20 days after service of

this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default

will be taken against you for the relief demanded in the complaint.

# WILLIAM T. WALSH

Clerk

By Deputy Clerk

Date    3/16/05

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[10] | Date |
|---|---|
| Name of Server | Title |

*Check one box below to indicate appropriate method of service*

☐　　Served personally upon the defendant.  Place where served: _____

　　　**Neena Shah**_____

☐　　Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
　　　Name of person with whom the summons and complaint were left: _____
　　　_____

☐　　Returned unexecuted:_____
　　　_____

☐　　Other (Specify):_____
　　　_____

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|

## DECLARATION OF SERVER

　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____　　　　_____
　　　　　　　　　Date　　　　　　　　　　Signature of Server


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Address of Server


[10] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WINGATE    INNS    INTERNATIONAL, :
INC., a Delaware Corporation,

         Plaintiff,           :

                                :        Civil Action No. 05- *1384 JMP*

v.

                                :

COMMACK    HOSPITALITY,    LLC,    a
Virginia Corporation, NILESH PATEL, an :        **SUMMONS**
individual, SUDHA PATEL, an individual,
MEENAKSHI BHARGAVA, an individual, :
MADAN BHANDARI, an individual, LOVE
KUMAR, an individual, AMIT PATEL, an :
individual, VARSHA DESAI, an individual,
CHANDRA KHURANA, an individual, :
NEENA SHAH, an individual, SUNITA
SHAH, an individual, BIPAN CHODAY, an
individual,    PARAMJIT    SINGH,    an
individual, NIKUR AMIN, an individual,
VIRAL PATEL, an individual, PATEL
LIVING TRUST, a Virginia Trust, and ADA
HOLDING CORP., a Virginia corporation,

         Defendants.

To the above named Defendant:    **Chandra Khurana**
                                    **Commack Hospitality, LLC**
                                    **265 Brookville Road**
                                    **Brookville, NY 11545**

      YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and

serve upon, plaintiff's attorney, whose address is:

                                **Connell Foley LLP**
                                **85 Livingston Avenue**
                                **Roseland, New Jersey 07068**

an answer to the complaint which is herewith served upon you, within 20 days after service of

this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default

will be taken against you for the relief demanded in the complaint.

**WILLIAM T. WALSH**

Clerk

                                          Date     3/10/05

By Deputy Clerk

## RETURN OF SERVICE

| | Date |
|---|---|
| Service of the Summons and Complaint was made by me[9] | |
| Name of Server | Title |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant.  Place where served:_____

   **Chandra Khurana**_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____
   _____

☐   Returned unexecuted:_____
   _____

☐   Other (Specify):_____
   _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                Date                        Signature of Server


                            _____
                                Address of Server


[9] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

WINGATE   INNS   INTERNATIONAL,   :
INC., a Delaware Corporation,

          Plaintiff,             :

v.                               :

Civil Action No. 05- *1384 JMP*

COMMACK   HOSPITALITY,   LLC,   a
Virginia Corporation, NILESH PATEL, an   :
individual, SUDHA PATEL, an individual,
MEENAKSHI BHARGAVA, an individual,   :
MADAN BHANDARI, an individual, LOVE
KUMAR, an individual, AMIT PATEL, an   :
individual, VARSHA DESAI, an individual,
CHANDRA  KHURANA,  an  individual,   :
NEENA SHAH, an individual, SUNITA
SHAH, an individual, BIPAN CHODAY, an
individual,   PARAMJIT   SINGH,   an
individual, NIKUR AMIN, an individual,
VIRAL PATEL, an individual, PATEL
LIVING TRUST, a Virginia Trust, and ADA
HOLDING CORP., a Virginia corporation,

**SUMMONS**

          Defendants.

To the above named Defendant:    **Bipan Choday**
                                   **Commack Hospitality, LLC**
                                   **265 Brookville Road**
                                   **Brookville, NY 11545**

        YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and

serve upon, plaintiff's attorney, whose address is:

                                   **Connell Foley LLP**
                                   **85 Livingston Avenue**
                                   **Roseland, New Jersey 07068**

an answer to the complaint which is herewith served upon you, within 20 days after service of

this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default

will be taken against you for the relief demanded in the complaint.

# WILLIAM T. WALSH

Clerk

By Deputy Clerk

Date     *3/16/05*

## RETURN OF SERVICE

| | Date |
|---|---|
| Service of the Summons and Complaint was made by me[12] | |
| Name of Server | Title |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:_____

**Bipan Choday**_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted:_____

_____

☐ Other (Specify):_____

_____

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
Date                                                   Signature of Server


_____
Address of Server

---

[12] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WINGATE INNS INTERNATIONAL, : INC., a Delaware Corporation,

        Plaintiff, :         Civil Action No. 05- *1384  JAP*

v. :

COMMACK HOSPITALITY, LLC, a : Virginia Corporation, NILESH PATEL, an individual, SUDHA PATEL, an individual, : MEENAKSHI BHARGAVA, an individual, : MADAN BHANDARI, an individual, LOVE KUMAR, an individual, AMIT PATEL, an individual, VARSHA DESAI, an individual, CHANDRA KHURANA, an individual, : NEENA SHAH, an individual, SUNITA SHAH, an individual, BIPAN CHODAY, an individual, PARAMJIT SINGH, an individual, NIKUR AMIN, an individual, VIRAL PATEL, an individual, PATEL LIVING TRUST, a Virginia Trust, and ADA HOLDING CORP., a Virginia corporation,

        Defendants.

**SUMMONS**

To the above named Defendant:     **Sunita Shah**
        **Commack Hospitality, LLC**
        **265 Brookville Road**
        **Brookville, NY 11545**

       YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and

serve upon, plaintiff's attorney, whose address is:

        **Connell Foley LLP**
        **85 Livingston Avenue**
        **Roseland, New Jersey 07068**

an answer to the complaint which is herewith served upon you, within 20 days after service of

this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default

will be taken against you for the relief demanded in the complaint.

**WILLIAM T. WALSH**               3/16/05

Clerk                        Date

By Deputy Clerk

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[11] | Date |
|---|---|
| Name of Server | Title |

*Check one box below to indicate appropriate method of service*

☐      Served personally upon the defendant.  Place where served:_____

     **Sunita Shah**_____

☐      Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
     Name of person with whom the summons and complaint were left: _____
_____

☐      Returned unexecuted:_____

_____

☐      Other (Specify):_____

_____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|

### DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date                      Signature of Server

                                      Address of Server

[11] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WINGATE INNS INTERNATIONAL, :
INC., a Delaware Corporation,

        Plaintiff, :

                :

v.

                :

COMMACK HOSPITALITY, LLC, a :
Virginia Corporation, NILESH PATEL, an :
individual, SUDHA PATEL, an individual,
MEENAKSHI BHARGAVA, an individual, :
MADAN BHANDARI, an individual, LOVE
KUMAR, an individual, AMIT PATEL, an :
individual, VARSHA DESAI, an individual,
CHANDRA KHURANA, an individual, :
NEENA SHAH, an individual, SUNITA
SHAH, an individual, BIPAN CHODAY, an
individual, PARAMJIT SINGH, an
individual, NIKUR AMIN, an individual,
VIRAL PATEL, an individual, PATEL
LIVING TRUST, a Virginia Trust, and ADA
HOLDING CORP., a Virginia corporation,

        Defendants.

Civil Action No. 05- 1384 JAP

**SUMMONS**

To the above named Defendant:    **Nikur Amin**
                               **Commack Hospitality, LLC**
                               **265 Brookville Road**
                               **Brookville, NY 11545**

       YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and

serve upon, plaintiff's attorney, whose address is:

                **Connell Foley LLP**
                **85 Livingston Avenue**
                **Roseland, New Jersey 07068**

an answer to the complaint which is herewith served upon you, within 20 days after service of

this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default

will be taken against you for the relief demanded in the complaint.

# WILLIAM T. WALSH

Clerk

By Deputy Clerk

Date    3/16/05

## RETURN OF SERVICE

| | | Date |
|---|---|---|
| Service of the Summons and Complaint was made by me[14] | | |
| Name of Server | | Title |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant.  Place where served:_____

     **Nikur Amin**_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____.

_____

☐   Returned unexecuted:_____

_____

☐   Other (Specify):_____

_____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date                       Signature of Server

                                       Address of Server

[14] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WINGATE INNS INTERNATIONAL, INC., a Delaware Corporation, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05- *1384 JAP* |
| | : |
| COMMACK HOSPITALITY, LLC, a Virginia Corporation, NILESH PATEL, an individual, SUDHA PATEL, an individual, MEENAKSHI BHARGAVA, an individual, MADAN BHANDARI, an individual, LOVE KUMAR, an individual, AMIT PATEL, an individual, VARSHA DESAI, an individual, CHANDRA KHURANA, an individual, NEENA SHAH, an individual, SUNITA SHAH, an individual, BIPAN CHODAY, an individual, PARAMJIT SINGH, an individual, NIKUR AMIN, an individual, VIRAL PATEL, an individual, PATEL LIVING TRUST, a Virginia Trust, and ADA HOLDING CORP., a Virginia corporation, | : **SUMMONS** |
| Defendants. | |

To the above named Defendant:      **Paramjit Singh**
**Commack Hospitality, LLC**
**265 Brookville Road**
**Brookville, NY 11545**

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and

serve upon, plaintiff's attorney, whose address is:

**Connell Foley LLP**
**85 Livingston Avenue**
**Roseland, New Jersey 07068**

an answer to the complaint which is herewith served upon you, within 20 days after service of

this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default

will be taken against you for the relief demanded in the complaint.

# WILLIAM T. WALSH

_____          _3/16/05_
Clerk                                                    Date

_____
By Deputy Clerk

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[13] | Date |
|---|---|
| Name of Server | Title |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served:_____

**Paramjit Singh**_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐  Returned unexecuted:_____

_____

☐  Other (Specify):_____

_____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

---

[13] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WINGATE   INNS   INTERNATIONAL,   :
INC., a Delaware Corporation,

            :

            Plaintiff,

            :        Civil Action No. 05- 1384 JAP

v.

            :

COMMACK   HOSPITALITY,   LLC,   a
Virginia Corporation, NILESH PATEL, an  :        **SUMMONS**
individual, SUDHA PATEL, an individual,
MEENAKSHI BHARGAVA, an individual,  :
MADAN BHANDARI, an individual, LOVE
KUMAR, an individual, AMIT PATEL, an  :
individual, VARSHA DESAI, an individual,
CHANDRA   KHURANA,   an   individual,  :
NEENA SHAH, an individual, SUNITA
SHAH, an individual, BIPAN CHODAY, an
individual,   PARAMJIT   SINGH,   an
individual, NIKUR AMIN, an individual,
VIRAL PATEL, an individual, PATEL
LIVING TRUST, a Virginia Trust, and ADA
HOLDING CORP., a Virginia corporation,

            Defendants.

To the above named Defendant:     **Viral Patel**
                                       **Commack Hospitality, LLC**
                                       **265 Brookville Road**
                                       **Brookville, NY 11545**

        YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and

serve upon, plaintiff's attorney, whose address is:

                               **Connell Foley LLP**
                               **85 Livingston Avenue**
                               **Roseland, New Jersey 07068**

an answer to the complaint which is herewith served upon you, within 20 days after service of

this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default

will be taken against you for the relief demanded in the complaint.

**WILLIAM T. WALSH**

Clerk

By Deputy Clerk

                              Date      3/16/05

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[15] | Date |
|---|---|
| Name of Server | Title |

*Check one box below to indicate appropriate method of service*

☐　　　Served personally upon the defendant.  Place where served:_____

　　　**Viral Patel**_____

☐　　　Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
　　　Name of person with whom the summons and complaint were left: _____
　　　_____

☐　　　Returned unexecuted:_____

　　　_____

☐　　　Other (Specify):_____

　　　_____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|

### DECLARATION OF SERVER

　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　　　_____
　　　　　　　　　　*Date*　　　　　　　　*Signature of Server*


　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　*Address of Server*

---

[15] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WINGATE   INNS   INTERNATIONAL, :
INC., a Delaware Corporation,

                :

         Plaintiff,

                :         Civil Action No. 05- *1384 JAP*

v.

                :

COMMACK   HOSPITALITY,   LLC,   a
Virginia Corporation, NILESH PATEL, an :         **SUMMONS**
individual, SUDHA PATEL, an individual,
MEENAKSHI BHARGAVA, an individual, :
MADAN BHANDARI, an individual, LOVE
KUMAR, an individual, AMIT PATEL, an :
individual, VARSHA DESAI, an individual,
CHANDRA   KHURANA,   an   individual, :
NEENA SHAH, an individual, SUNITA
SHAH, an individual, BIPAN CHODAY, an
individual,   PARAMJIT   SINGH,   an
individual, NIKUR AMIN, an individual,
VIRAL PATEL, an individual, PATEL
LIVING TRUST, a Virginia Trust, and ADA
HOLDING CORP., a Virginia corporation,

         Defendants.

To the above named Defendant:     **Patel Living Trust**
                                  **Commack Hospitality, LLC**
                                  **265 Brookville Road**
                                  **Brookville, NY 11545**

      YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and

serve upon, plaintiff's attorney, whose address is:

                                 **Connell Foley LLP**
                                 **85 Livingston Avenue**
                                 **Roseland, New Jersey 07068**

an answer to the complaint which is herewith served upon you, within 20 days after service of

this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default

will be taken against you for the relief demanded in the complaint.

# WILLIAM T. WALSH

                                          3/16/05

Clerk

By Deputy Clerk                               Date

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[16] | Date |
| --- | --- |
| Name of Server | Title |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served:_____

   **Patel Living Trust**_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

   _____

☐  Returned unexecuted:_____

   _____

☐  Other (Specify):_____

   _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
| --- | --- | --- |

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
      Date      Signature of Server

             _____
             Address of Server

[16] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WINGATE INNS INTERNATIONAL,
INC., a Delaware Corporation,

        Plaintiff,

v.

COMMACK HOSPITALITY, LLC, a
Virginia Corporation, NILESH PATEL, an
individual, SUDHA PATEL, an individual,
MEENAKSHI BHARGAVA, an individual,
MADAN BHANDARI, an individual, LOVE
KUMAR, an individual, AMIT PATEL, an
individual, VARSHA DESAI, an individual,
CHANDRA KHURANA, an individual,
NEENA SHAH, an individual, SUNITA
SHAH, an individual, BIPAN CHODAY, an
individual, PARAMJIT SINGH, an
individual, NIKUR AMIN, an individual,
VIRAL PATEL, an individual, PATEL
LIVING TRUST, a Virginia Trust, and ADA
HOLDING CORP., a Virginia corporation,

        Defendants.

Civil Action No. 05- 1384  JAP

**SUMMONS**

To the above named Defendant:    **ADA Holding Corp.**
                                            **35 Adams Court**
                                            **Plainview, NY 11803**

        YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and

serve upon, plaintiff's attorney, whose address is:

                **Connell Foley LLP**
                **85 Livingston Avenue**
                **Roseland, New Jersey 07068**

an answer to the complaint which is herewith served upon you, within 20 days after service of

this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default

will be taken against you for the relief demanded in the complaint.

**WILLIAM T. WALSH**

Clerk

By Deputy Clerk

Date    3/16/05

## RETURN OF SERVICE

| | Date |
|---|---|
| Service of the Summons and Complaint was made by me[17] | |
| Name of Server | Title |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant.  Place where served:_____

**Commack Hospitality, LLC**_____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐    Returned unexecuted:_____

_____

☐    Other (Specify):_____

_____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                     Date                              Signature of Server


                                           _____
                                           Address of Server

[17] As to who may serve a summons see Rule 4 of the Federal Rules  of Civil
Procedure.