Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys For Plaintiff, Wingate Inns International, Inc.

RECEIVED
U.S. DISTRICT COURT

2005 MAY 12  P 3: 24

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WINGATE INNS INTERNATIONAL, INC., a Delaware Corporation,<br>Plaintiff,<br>v.<br>COMMACK HOSPITALITY, LLC, a Virginia Corporation, NILESH PATEL, an individual, SUDHA PATEL, an individual, MEENAKSHI BHARGAVA, an individual, MADAN BHANDARI, an individual, LOVE KUMAR, an individual, AMIT PATEL, an individual, VARSHA DESAI, an individual, CHANDRA KHURANA, an individual, NEENA SHAH, an individual, SUNITA SHAH, an individual, BIPAN CHODAY, an individual, PARAMJIT SINGH, an individual, NIKUR AMIN, an individual, VIRAL PATEL, an individual, PATEL LIVING TRUST, a Virginia Trust, and ADA HOLDING CORP., a Virginia corporation,<br>Defendants. | Civil Action No.: 05-1384 (JAP)<br><br>NOTICE OF DISMISSAL WITH PREJUDICE |

PLEASE TAKE NOTICE that, pursuant to FRCP § 41(A)(1), the above action is hereby dismissed, with prejudice and without costs.

CONNELL, FOLEY LLP
Attorneys for Plaintiff
Wingate Inns International, Inc.

BY: _____
BRYAN P. COUCH

Dated: May 11, 2005

So Ordered. Case closed.
/s/ 5/17/05

6326/65802
1580814-01